IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROY E. ROGERS                                                                                           PLAINTIFF

v.                                          NO.  5:04CV00349 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Order entered this date. This is a "sentence four" remand.  This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

IT IS SO ORDERED this 29th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE